UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY DOWDY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:23-cv-00700-SRC |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**<u>Memorandum and Order</u>**

This matter is before the Court on review of Movant Gregory Dowdy's filing in this case.   Doc. 1.   The Court, on March 23, 2020, sentenced Dowdy to 78 months' imprisonment for one count of possession of a firearm by a convicted felon.   *United States v. Dowdy*, No. 4:19-CR-00525-SRC (E.D. Mo.).   To date, Dowdy remains in federal custody at USP McCreary in Pine Knot, Kentucky.[1]   Dowdy initiated this action by filing an unsigned, handwritten motion titled, "Title 28 USC 2255 Motion to Vacate, Set Aside Sentence." *Id.*   The Court construes Dowdy's motion as one seeking relief under 28 U.S.C. § 2255.   Dowdy's § 2255 motion, however, is defective because it is not on a Court-provided form.   *See* E.D. Mo. Local Rule 2.06(A).

The Court directs the Clerk of Court to send Dowdy the Court form for § 2255 motions.     By no later than July 5, 2023, Dowdy must file an amended motion on the court form.   Dowdy must sign the motion in accordance with Rule 2(b)(5) of the Rules

---

1 *Find an inmate, Bureau of Prisons*, https://www.bop.gov/inmateloc/ (last visited June 5, 2023).

Governing Section 2255 Proceedings for the United States District Courts.

     If Dowdy fails to comply with this Order, the Court will dismiss this action

without prejudice.

     Dated this 5th day of June 2023.

                              STEPHEN R. CLARK
                              CHIEF UNITED STATES DISTRICT JUDGE